# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** | * | |
| *Plaintiffs,* | * | Case No. 05-170C |
| v. | * | |
| | * | Senior Judge Loren A. Smith |
| | * | Filed: Monday, April 4, 2005 |
| **THE UNITED STATES**, | * | |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Enlargement of Time within which to file its Response to Plaintiff's Complaint. The Defendant's responsive pleading is now due no later than Thursday, May 12, 2005.

**IT IS SO ORDERED.**

/s Loren A. Smith
Loren A. Smith
SENIOR JUDGE