IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-170C |
| v. | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME</u>

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time within which to file its response to plaintiff's complaint, pending the Court's decision on plaintiff's May 6, 2005 unopposed motion to consolidate case numbers 05-170C and 05-171C. Our response is currently due on May 12, 2005. We respectfully request that the Court allow defendant to file its response 14 days after the Court issues an order on the motion to consolidate. This is defendant's second request for an enlargement of time. Defendant previously requested and the Court previously granted a 45-day enlargement of time to respond to the complaint. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose.

The enlargement is requested because on May 6, 2005, plaintiff filed an unopposed motion to consolidate case numbers 05-170C, pending before Senior Judge Smith, and 05-171C, pending before Judge Hodges. Plaintiff indicated in its motion that the parties believe that these cases are closely related to each other and are appropriate for consolidation before Senior Judge Smith. Defendant believes it is in the interest of judicial economy to file its response to

plaintiff's complaint after the Court has ruled upon plaintiff's motion.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time pending the Court's decision on plaintiff's motion to consolidate, with defendant to file its response to plaintiff's complaint 14 days from the date of the Court's order on plaintiff's motion to consolidate.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

May 12, 2005

Attorneys for Defendant