# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C

Senior Judge Loren A. Smith

Filed: Thursday, May 12, 2005

## ORDER

The Court hereby **GRANTS** Defendant's Unopposed Motion for Enlargement of Time within which to file its Response to Plaintiff's Complaint. In light of Plaintiff's May 6, 2005 Motion to Consolidate pending in Case No. 05-171C, the Defendant's Response, will be due 14 days after the Court orders consolidation.

**IT IS SO ORDERED.**

/s Loren A. Smith
Loren A. Smith
SENIOR JUDGE