**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., Plaintiff, | ) | Nos. 05-170C; 05-171C |
| v. | ) | (Senior Judge Smith) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE OF COURT TO FILE OUT OF TIME ANSWERS DUE JUNE 16, 2005

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, United States, respectfully requests that the Court grant it leave to file out of time its answers to plaintiff’s complaints, which were originally due yesterday, June 16, 2005. The plaintiff through counsel has been contacted and does not oppose this motion.

Defendant had originally filed a motion for an enlargement of time to file its response to plaintiff’s complaints, requesting that the Court allow defendant to file its response 14 days from the date the Court issued its order on plaintiff’s motion to consolidate case numbers 05-170C and 05-171C. The Court granted defendant’s motion for an enlargement of time on May 12, 2005. The Court issued its order consolidating the two cases on June 2, 2005. Thus, defendant’s response to plaintiff’s complaints was due on June 16, 2005.

Defendant’s answers were prepared and ready to file on June 16, 2005. The undersigned, however, miscalculated the due date, thinking they were due today, June 17, 2005. Accordingly, defendant respectfully requests that the Court allow it to file the status report out of time. We regret this error and will take steps to ensure that it will not occur in the future.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Lindsay E. Williams
LINDSAY E. WILLIAMS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-7995
Fax. (202) 514-8640

Attorneys for Defendant

OF COUNSEL:
MARCUS WAH
Associate Regional Attorney
USDA-OGC, Pacific Region
1734 Federal Building
1220 S.W. Third Ave.
Portland, OR 97204-2825

Dated: June 17, 2005