# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiffs,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C
Senior Judge Loren A. Smith

Filed: Friday, June 17, 2005

**ORDER**

The Court hereby **GRANTS** Defendant's Motion for Leave to File Answer Out of Time.

**IT IS SO ORDERED.**

_/s Loren A. Smith_______________________
Loren A. Smith
SENIOR JUDGE