# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| | * | |
| **THE SWANSON GROUP, INC.,** | * | |
| | * | |
| *Plaintiff,* | * | Case No. 05-170C |
| v. | * | consolidated with 05-171C |
| | * | |
| | * | Senior Judge Loren A. Smith |
| | * | |
| **THE UNITED STATES**, | * | Filed: Wednesday, August 17, 2005 |
| | * | |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby **GRANTS** Defendant's Unopposed Motion for Leave to File its Amended Answer to include additional affirmative defenses.

**IT IS SO ORDERED.**

/s Loren A. Smith
Loren A. Smith
SENIOR JUDGE