# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Loren A. Smith

Filed: September 7, 2005

**SCHEDULING ORDER**

The Joint Preliminary Status Report shall be filed on or before October 5, 2005.

**IT IS SO ORDERED.**

/s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE