# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Loren A. Smith

Filed: October 19, 2005

**ORDER**

The Court hereby sets discovery deadlines as follows:

| | |
|---|---|
| Initial Disclosures Pursuant to RCFC 26(a)(1) | October 19, 2005 |
| Designation of Experts and Submission of Reports | December 28, 2005 |
| Designation of Rebuttal Experts/Reports | February 28, 2006 |
| Close of All Discovery | April 28, 2006 |
| Dispositive Motions | June 28, 2006 |

After the filing of dispositive motions, the parties shall contact the court to set a date and time for the pre-trial conference.

**It is so ORDERED**.

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE