**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWANSON GROUP, INC., Plaintiff, v. THE UNITED STATES, Defendant. | Case No. 05-170C<br>consolidated with 05-171C<br>(Senior Judge Loren A. Smith) |

**MOTION TO WITHDRAW**

On October 19, 2005, plaintiff inadvertently filed in the above-referenced action a "Joint Motion for an Enlargement of Time to File a Joint Preliminary Status Report" which had previously been filed in COFC No. 05-179C. This motion was filed erroneously as docket entry #18 in the instant action with the description "First Motion for Extension of Time until November 2, 2005 to Both Parties to Provide Initial Disclosures pursuant to RCFC 26(a)(1) on Behalf of Both Parties Filed by Swanson Group, Inc."

Plaintiff moves to withdraw the foregoing erroneously filed motion (document entry #18). Defendant's counsel has been informed and does not oppose this motion.

Respectfully submitted,

s/Gary G. Stevens

SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Dated: October 20, 2005