# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Smith

Filed: October 20, 2005

**ORDER**

The Court **SCHEDULES** a telephone status conference on Wednesday, November 2, 2005 at 3:00 p.m. EST to discuss the bifurcation of the liability and damages phases of this litigation.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE