# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** | * | |
| *Plaintiff,* | * | Case No. 05-170C |
| v. | * | consolidated with 05-171C |
| | * | Senior Judge Smith |
| **THE UNITED STATES,** | * | Filed: November 3, 2005 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on November 2, 2005, the Court ORDERS the parties to submit a joint proposed schedule for the remainder of this litigation. The Parties shall submit this proposed schedule on or before Friday, November 18, 2005.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE