**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SWANSON GROUP, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE UNITED STATES, )<br>)<br>Defendant. ) | Case No. 05-170C<br>consolidated with 05-171C<br>(Senior Judge Smith) |

**<u>JOINT PROPOSED PRE-TRIAL SCHEDULE</u>**

Pursuant to the Court's Order, dated November 3, 2005, the parties submit the following proposed pre-trial schedule based upon the Court's determination to bifurcate the trial of liability from the trial on damages in the instant case:

1. Discovery of liability may commence immediately.

2. The parties shall make initial disclosures on the issue of liability no later than December 20, 2005.

3. All fact discovery on liability shall be completed by May 12, 2006.

4. The parties shall designate experts and exchange expert reports on the issue of liability by June 2, 2006.

5. The parties shall designate rebuttal experts and exchange rebuttal reports on the issue of liability by July 3, 2006.

6. The parties shall depose all experts by August 3, 2006.

7. The parties shall file dispositive motions, if any, no later than September 4, 2006.

8. After the resolution of all dispositive motions, the parties shall contact the Court to schedule a pre-trial conference.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Lindsay E. Williams
LINDSAY E. WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 353-7995
Fax: (202) 514-8624

Counsel for Defendant

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

November 17, 2005