# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES,**

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Smith

Filed: November 30, 2005

## ORDER

Pursuant to the telephone status conference held on November 2, 2005, the parties submitted a Joint Proposed Pre-Trial Schedule. The Court hereby sets discovery deadlines regarding the issue of liability as follows:

| | |
|---|---|
| Discovery may Commence Immediately | |
| Initial Disclosures on Liability | December 20, 2005 |
| Fact Discovery Completion | May 12, 2006 |
| Designation of Experts and Exchange of Expert Reports | June 2, 2006 |
| Designation of Rebuttal Experts and Exchange of Rebuttal Reports | July 3, 2006 |
| Deposition of Experts | August 3, 2006 |
| Dispositive Motions | September 4, 2006 |

The Court VACATES the Scheduling Order entered October 19, 2005.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE