BW

United States Department of Agriculture | Forest Service | R-6 Pacific Northwest Region | PO Box 3623 Portland, OR 97208-3623 333 SW First Avenue Portland, OR 97204 | R-5 Pacific Southwest Region | 1323 Club Drive Vallejo, CA 94592

**File Code:** 2400/1570 **Date:** December 19, 2000
**Route To:**

**Subject:** PCFFA III Preliminary Injunction Order, December 7, 2000, Against 20 NMFS Biological Opinions

**To:** Forest Supervisors, Northwest Forest Plan Forests

On December 7, 2000, the Court in Pacific Coast Federation of Fishermen's Assoc. et al v. National Marine Fisheries Service, et al, (PCFFA III) No. C00-1757R, ordered a preliminary injunction against 20 Biological Opinions (BOs) issued by NMFS for projects across the Northwest Forest Plan Forests and Bureau of Land Management (BLM) Districts. The injunction is to remain in place under the 9th Circuit Court of Appeals rules on the PCFFA II case currently before it. On December 12, 2000, NMFS informed the Forest Service (FS) and BLM that it was suspending the 20 BO's named in PCFFA III. As a result, the FS and BLM no longer have complete Endangered Species Act consultation for the projects and activities named in the 20 BOs.

Therefore, the Forest Supervisors need to take the following actions on activities under the 20 BO's:

1. Suspend **operating awarded timber sales** under contract clause C6.01b. We are aware of the following sales currently operating:

Gifford Pinchot NF: Siler Owens timber sale and Tower timber sale

Siskiyou NF: H &T timber sale, Bucking Horse timber sale, and 3347 timber sale

Please double-check your records to be assured that no other timber sales under any of the 20 BO's are currently operating. If there are, suspend them in the same fashion as those listed above.

2. Give notice of the injunction to purchasers of the **non-operating awarded timber** sales:

| | |
|---|---|
| Mt. Hood NF: | Bazooka |
| Umpqua NF: | Coffin Creek; Deep Cut Creek, Whitecap, |
| Siskiyou NF: | Father Oak (Galice), Father Oak (Tin Can), Tin Can, Too Wild Thin, Upper Chetco, and Low Meadow, |

Klamath NF: Bald Elk YG, Happy Thinning, Jack
Six Rivers NF
Pilot East Sale

Shasta-Trinity NF: Beegum Rock Timber and Vegetation Management; Potato Blowdown Salvage

As with the operating sales, please check your records to be assured that no other timber sale has been awarded under any of the 20 BOs. If there are, give the appropriate notice of the injunction.

3. Suspend ongoing non-timber projects under contract, permit, or force account. We are aware of the following ongoing non-timber projects:

Umpqua NF: Divide Allotment, Drew Allotment, Diamond Allotment

Six Rivers NF: Pilot Creek Ecosystem Road Decommissioning, Landslide Stabilization, Tracy's Sanicle Habitat Maintenance, Shaded Fuelbreak Construction

4. Delay the award or initiation of activities on non-operating non-timber sale projects (too many to list; refer to your BOs)

5. Management activities described as "Ongoing and Proposed Programmatic Federal Actions" in the August 15, 1997, BO for the Rogue River and Siskiyou National Forests and the June 4, 1999, BO for the Siskiyou and Siuslaw National Forests. The method and effectiveness of stopping the "programmatic" management activities has not yet been determined. We met with the BLM on December 14 and developed a consistent approach. You will be receiving separate direction for these activities.

If you have any questions, contact Peggy Kain, 503-808-2662, Region 6, or Steve Paulson, 707-562-8979, Region 5.

/s/ Nancy Graybeal (for)
HARV FORSGREN
Regional Forester
Pacific Northwest Region

/s/ Bradley E. Powell
BRADLEY E. POWELL
Regional Forester
Pacific Southwest Region

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Nos. 05-170C; 05-171C |
| v. | ) | |
| | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to Rules 26 and 33 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, submits the following objections and responses to plaintiff's first set of interrogatories. Defendant has made a good faith effort to respond fully to those interrogatories to which it has not objected. Discovery is continuing, however, and defendant reserves the right to supplement its responses, including any objections that may be applicable, based upon any additional information and documents that may be discovered subsequent to providing these responses.

Defendant objects and responds to plaintiff's interrogatories as follows:

## I. GENERAL OBJECTIONS AND RESPONSES

Defendant asserts and incorporates by reference the following objections to plaintiff's interrogatories as though they were set forth in full in each response to each interrogatory:

**INTERROGATORY NO. 7:**

Does defendant contend that the imposition and duration of the suspension(s) of the Whitecap timber sale were reasonable? If so, state each fact that defendant believes supports this contention, identify each individual whose testimony defendant believes will support this contention and identify each document which refers or relates to the reasonableness of the duration of the Forest Service suspension of the Whitecap timber sale.

**RESPONSE:**

Defendant contends that both the imposition and the duration of the suspension were reasonable. The Forest Service's suspension of Swanson's operation, by letter of December 19, 2000, was mandated under Contract Clause CT6.01, as a result of an order of the United States District Court for the Western District of Washington. The Forest Service made every reasonable effort to minimize the duration of the suspension and took reasonable steps to mitigate the effects of the suspension, as evidenced by the documents listed below. Additionally, the fact that plaintiff has logged and continues to log the Whitecap timber sale and continues to meet all of its contractual obligations evidences that, despite the delays, plaintiff is receiving the benefit of the Contract. It is the intent of the Forest Service to complete the Whitecap timber sale. The Plan of Operations submitted by the Purchaser Representative indicates that it is also plaintiff's intent to complete the Whitecap timber sale. Volume charged for removal on Whitecap is 13,255.64 ccf sawtimber and 528.45 ccf non-sawtimber. The original sold amount was 13,994 ccf sawtimber and 664 ccf non-sawtimber, in agreement with the Timber Sale Statement of Accounts. As plaintiff continues to harvest past the original termination date of March 31, 2002, it has in fact received more volume than originally sold to it

because the volume of timber increased through natural growth during the years of suspension. Plaintiff, as purchaser, is only being asked to pay the original timber sale payment unit amounts listed in the contract as AT5c –Schedule of Payment Units. Thus, every year the timber sale still has volume to remove, the purchaser is receiving additional tree growth at no added cost.

Former contracting officers Brenda Woodard and Wayne Kleckner will testify to the facts.

Please refer to the attached log for documents responsive to this interrogatory.

**REQUEST NO. 2:**

To the extent not produced in response to Request No. 1 above, please produce all court filings by all parties on any motions for temporary restraining order, preliminary injunctions, summary judgment or any appeals in PCFFA I, PCFFA II, PFCCA III and 9th Circuit.

**RESPONSE:**

Defendant objects to this request upon the ground that such information is as accessible to plaintiff as to defendant and the burden of extracting the information is the same for plaintiff as defendant.

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

KATHRYN A. BLEECKER
Assistant Director

LINDSAY WILLIAMS
Trial Attorney
Commercial
Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:
MARCUS WAH
Associate Regional Attorney
USDA-OGC, Pacific Region
1734 Federal Building
1220 S.W. Third Ave
Portland, OR 97204-2825

February 6, 2006

United States Department of Agriculture
Forest Service
Umpqua National Forest
2900 NW Stewart Parkway
PO Box 1008
Roseburg, OR 97470
(541) 672-6601
FAX (541) 957-3495

**File Code:** 2450

**Date:** December 22, 2000

Superior Lumber Co.
P.O. Box 250
Glendale, OR 97442

CERTIFIED MAIL
7099 3220 0002 1486 4869

Gentlemen:

On December 7, 2000, the Court in Pacific Coast Federation of Fishermen's Assoc. et al v. National Marine Fisheries Service, et al, (PCFFA III) No. C00-1757R, ordered a preliminary injunction against 20 Biological Opinions (BOs) issued by NMFS for projects across the Northwest Forest Plan Forests and Bureau of Land Management Districts. The injunction is to remain in place until the 9th Circuit Court of Appeals rules on the PCFFA II case currently before it. On December 12, 2000, NMFS informed the Forest Service that it was suspending the 20 BO's named in PCFFA III.

I am hereby giving you notice that your Whitecap Timber Sale, Contract No. 086931, is included in one of the 20 BOs that is subject to this injunction.

If you have any questions, please call me at 541-957-3372.

Sincerely,

Brenda L. Woodard

BRENDA L. WOODARD
Contracting Officer

cc: North Umpqua RD

United States Department of Agriculture | Forest Service | Umpqua National Forest | 2900 NW Stewart Parkway
PO Box 1008
Roseburg, OR 97470
(541) 672-6601
FAX (541) 957-3495

**File Code:** 2450

**Date:** December 12, 2001

Superior Lumber Co.
P.P. Box 250
Glendale, OR 97442

Shoul b
be 12/22/2000

Gentlemen:

In a letter dated December 22, 2001, you were notified that the Court in Pacific Coast Federation Of Fishermen's Assoc. et al v. National Marine Fisheries Service, et al, (PCFFA III) No. C00-1757R, ordered a preliminary injunction against 20 Biological Opinions issued by NMFS for projects across the Northwest Forest Plan Forests and Bureau of Land Management Districts and that your Whitecap Timber Sale, Contract No. 086931 was included in one of those 20 Biological Opinions. Therefore, this sale was subject to the Court's injunction.

In September 2001, the District Court of Oregon issued an order in Alsea Valley Alliance, and Mark Sehl, v. Don Evans et al. No 99-6265-HO, setting aside the August 10, 1998, Endangered Species Act listing of the Oregon coast coho salmon by the NMFS. In light of the court's order, your timber sale no longer needs a Biological Opinion and is, therefore, no longer subject to the injunction under the PCFFA III order.

If you have any questions, please call me at 541-957-3372.

Sincerely,

Brenda L. Woodard

BRENDA L. WOODARD
Contracting Officer

cc: North Umpqua RD

Benchmark
White cap
Deep Cut
Coffin Cr
I-5

**Margaret Kain**

12/17/2001 10:07 AM

To: Karla K Bird/R6/USDAFS@FSNOTES, Brenda L Woodard/R6/USDAFS@FSNOTES, Nancy Rose/R6/USDAFS@FSNOTES, Thomas K Link/R6/USDAFS@FSNOTES, Mary Zuschlag/R6/USDAFS@FSNOTES, Robert D Turner/R6/USDAFS@FSNOTES

cc: Jeffrey.Handy@usda.gov

Subject: 9th Circuit Stay of Judge Hogans Ruling

As a result of the 9th Circuit's Stay of Judge Hogan's Ruling on Oregon Coastal Coho pending Appeal, please consider the Oregon Coastal Coho to be listed. Awarded sales should once again be suspended and unawarded sales not awarded.

Peggy Kain
Group Leader Forest Products and Vegetation
Pacific Northwest Region
Phone 503-808-2662
Fax 503-808-2469
E-Mail Margaret Kain@fs.fed.us

United States Department of Agriculture
Forest Service
Umpqua National Forest
2900 NW Stewart Parkway
PO Box 1008
Roseburg, OR 97470
(541) 672-6601
FAX (541) 957-3495

**File Code:** 2450

**Date:** December 28, 2001

Superior Lumber Co.
P.O. Box 250
Glendale, OR 97442

Gentlemen:

In a letter dated December 12, 2001, you were notified that due to a recent court order, a Biological Opinion was no longer needed for your Whitecap Timber Sale, Contract No. 086931. However, that situation has changed again. The Ninth Circuit Court of Appeals issued a stay of (on Dec. 14 2001) the District Court of Oregon's September 2001 order in Alsea Valley Alliance, and Mark Sehl, v. Don Evans et al. No 99-6265-HO (which set aside the August 10, 1998, Endangered Species Act listing of the Oregon coast coho salmon by the NMFS).

In light of the recent stay, your timber sale is once again subject to the Court's injunction under the Pacific Coast Federation of Fishermen's Associations, et al. v. National Marine Fisheries Service, No. C97-775R.

If you have any questions, please call me at 541-957-3372.

Sincerely,

Brenda L. Woodard

BRENDA L. WOODARD
Contracting Officer

cc: North Umpqua RD

Per Peggy Kain on 3/23/04... yes. Release the affected timber sales. (Whitecap, Benchmark, I-5) BW

Greg Lesch
03/09/2004 07:49 AM

To: Brenda L Woodard/R6/USDAFS@FSNOTES
cc:
Subject: Alsea Valley Alliance (Oregon Coast coho listing case against NOAA): 9th Circuit dismisses ONRC's appeal for lack of jurisdiction.01-36071 (9th Cir)

fyii.. I saw that todays agenda had you discussing Litigation. This may be something else to mention today at Mtg..

PS- Did you touch base w/Peggy yesterday?If not, flip her an e-mail saying where you are at cause she asked me late last week for you to get this info asap and get back to her.. Thanks

GREG LESCH
Planning & Products Staff Officer
Umpqua National Forest
541-957-3457

----- Forwarded by Greg Lesch/R6/USDAFS on 03/09/2004 07:47 AM -----

Joseph M Linn
03/08/2004 05:47 PM

To: pdl r6 umpqua executive team@FSNOTES, Jeff Dose/R6/USDAFS@FSNOTES, Todd D Buchholz/R6/USDAFS@FSNOTES
cc:
Subject: Alsea Valley Alliance (Oregon Coast coho listing case against NOAA): 9th Circuit dismisses ONRC's appeal for lack of jurisdiction.01-36071 (9th Cir)

JOE LINN
Natural Resources / Fire Staff Officer
Umpqua National Forest
2900 NW Stewart Parkway, Roseburg, OR 97470
Phone: (541) 957-3204 Fax: (541) 957-3298
Cell Phone: (541) 580-4935
email: jlinn@fs.fed.us

----- Forwarded by Joseph M Linn/R6/USDAFS on 03/08/2004 05:46 PM -----

Alan G Christensen
03/03/2004 09:52 AM

To: Chris S HansenMurray/R6/USDAFS@FSNOTES, Craig V Courtright/R6/USDAFS@FSNOTES, Delanne B Ferguson/R6/USDAFS@FSNOTES, Donald N Gonzalez/R6/USDAFS@FSNOTES, Earl Ford/R6/USDAFS@FSNOTES, Gregory A Clevenger/R6/USDAFS@FSNOTES, Jack B Sheehan/R6/USDAFS@FSNOTES, Kathy OHalloran/R6/USDAFS@FSNOTES, Kim Titus/R6/USDAFS@FSNOTES, Lisa Norris/R6/USDAFS@FSNOTES, Mary Zuschlag/R6/USDAFS@FSNOTES, Michael D

Hupp/R5/USDAFS@FSNOTES, Rene Mabe/R6/USDAFS@FSNOTES, Robert W Rock/R6/USDAFS@FSNOTES, Steve Egeline/R1/USDAFS@FSNOTES, Stuart M Woolley/R6/USDAFS@FSNOTES, Virginia Kelly/R6/USDAFS@FSNOTES

cc: Joseph M Linn/R6/USDAFS@FSNOTES, Kathy Bulchis/R6/USDAFS@FSNOTES, Margaret Kain/R6/USDAFS@FSNOTES, Philip J Mattson/R6/USDAFS@FSNOTES

Subject: Alsea Valley Alliance (Oregon Coast coho listing case against NOAA): 9th Circuit dismisses ONRC's appeal for lack of jurisdiction.01-36071 (9th Cir)

At our staff officer meeting last week, Scott came in and made a quick presentation on the recent court ruling regarding coastal Coho salmon.Since last week he has followed up with NOAA folks and has a bit more information to add. This is also being shared with Forest Supervisors by Cal at the the RLT meeting. Additionally, if you are planning to attend the Sec 7 Streamlining Training in Portland next week (March 9-10), a breakout session on the 10th will address this topic and Mike Tehan from NOAA will present the information.

When we have the information from NOAA, we will be sending out followup information to the forests.

Please network this information to your folks so they can keep abreast of it--especially on the affected Forests.

----- Forwarded by Alan G Christensen/R6/USDAFS on 03/03/2004 09:45 AM -----

**Scott C Woltering**

03/03/2004 09:34 AM

To: Alan G Christensen/R6/USDAFS@FSNOTES

cc: Margaret Kain/R6/USDAFS@FSNOTES

Subject: Alsea Valley Alliance (Oregon Coast coho listing case against NOAA): 9th Circuit dismisses ONRC's appeal for lack of jurisdiction.01-36071 (9th Cir)

## 9th Circuit Court of Appeals opinion regarding Alsea Valley Alliance et.al. vs Evans

- On 2-24-04, the 9th Circuit Court of Appeals dissolved the stay of tl District Court remand order to NOAA fisheries.
- The District Court had: (1) declared the final rule that listed the ( Coast coho salmon ESU as threatened under the ESA was unlawful and set it aside; and (2) remanded the case to NOAAF for additional consideration consistent with the District court ruling (see Sue Zike's trailing messag(

## Letter from NOAA Fisheries:

NOAA Fisheries (NOAAF) is preparing a letter to all action agencies regar( the recent 9th circuit court of appeals opinion. The letter will address following:

1. Inform the FS/BLM of NOAAF's conclusion that the Oregon Coast coho salmon ESU is currently not listed under ESA.

2. Inform the FS/BLM of NOAAF's new listing process and timeline for reviewing status of Oregon Coast coho salmon ESU as well as the 25 listed ESUs

3. Remind the FS/BLM of their responsibilities under Magnuson-Stevens Fishery Conservation and Management Act (MSA) to determine consultation needs with NOAAF on Essential Fish Habitat (EFH) for Oregon Coast coho salmon.

We expect to formally receive the letter from NOAAF next week. We will prepare official direction on these issues after we receive a formal lett from NOAAF. It is my understanding that the Forests are reviewing any timber sales that may have been encumbered by the OR Coast coho listing or 9th circuit stay including any sold and awarded timber sales enjoined I Rothstein court cases.

Scott C. Woltering
Aquatic Biologist
Threatened, Endangered, and Sensitive Species
Pacific Northwest Region, Forest Service
swoltering@fs.fed.us
503-808-2669 FAX 503-808-2469

----- Forwarded by Scott C Woltering/R6/USDAFS on 03/03/2004 09:04 AM -----

Susan Zike

02/25/2004 04:44 PM

To: Alan G Christensen/R6/USDAFS@FSNOTES, Alan J Matecko/R6/USDAFS@FSNOTES, Alan Quan/R6/USDAFS@FSNOTES, Allen Gibbs/R6/USDAFS@FSNOTES, Bonnie J Wood/R6/USDAFS@FSNOTES, Calvin Joyner/R6/USDAFS@FSNOTES, Charles F Krebs/R6/USDAFS@FSNOTES, Claire Lavendel/R6/USDAFS@FSNOTES, Dale L Hom/R6/USDAFS@FSNOTES, Dallas Emch/R6/USDAFS@FSNOTES, Daniel W Nichols/R6/USDAFS@FSNOTES, David Herr/R6/USDAFS@FSNOTES, David M Hatfield/R6/USDAFS@FSNOTES, Dee Hines/R6/USDAFS@FSNOTES, Fred Dorn/R6/USDAFS@FSNOTES, Gary Larsen/R6/USDAFS@FSNOTES, Gery Ferguson/R6/USDAFS@FSNOTES, Gloria Brown/R6/USDAFS@FSNOTES, Jack B Sheehan/R6/USDAFS@FSNOTES, James A Caplan/R6/USDAFS@FSNOTES, James Boynton/R6/USDAFS@FSNOTES, James W Golden/R6/USDAFS@FSNOTES, Jamia R HansenMurray/R6/USDAFS@FSNOTES, Janice C Flatten/R6/USDAFS@FSNOTES, Jeff D Blackwood/R6/USDAFS@FSNOTES, Jerome E

Perez/WO/USDAFS@FSNOTES, John C
Schuyler/R6/USDAFS@FSNOTES, Jon R
Martin/R6/USDAFS@FSNOTES, Karen
Shimamoto/R6/USDAFS@FSNOTES, Karyn L
Wood/R6/USDAFS@FSNOTES, Katherine
Farrell/R6/USDAFS@FSNOTES, Kathleen H
Countryman/R6/USDAFS@FSNOTES, Kathy
Anderson/R6/USDAFS@FSNOTES, Kathy
Kurtz/WO/USDAFS@FSNOTES, Kimberly E
Bown/R6/USDAFS@FSNOTES, Larry A
Timchak/R6/USDAFS@FSNOTES, Leslie
Weldon/R6/USDAFS@FSNOTES, Linda D
Goodman/R6/USDAFS@FSNOTES, Lisa E
Freedman/R6/USDAFS@FSNOTES, Lynn
Burditt/R6/USDAFS@FSNOTES, Margaret
Kain/R6/USDAFS@FSNOTES, Marsha
Scutvick/R6/USDAFS@FSNOTES, Mary
Elder/R6/USDAFS@FSNOTES, Michael
Ash/R6/USDAFS@FSNOTES, Michael W
Wolfe/R6/USDAFS@FSNOTES, Mike
Redmond/R6/USDAFS@FSNOTES, Nancy
Graybeal/WO/USDAFS@FSNOTES, Neal
Forrester/R6/USDAFS@FSNOTES, Patricia C
Burel/R6/USDAFS@FSNOTES, Paul D
Cuddy/R6/USDAFS@FSNOTES, Philip J
Mattson/R6/USDAFS@FSNOTES, Rex
Holloway/R6/USDAFS@FSNOTES, Richard
Sowa/R6/USDAFS@FSNOTES, Richard T
Forsman/WO/USDAFS@FSNOTES, Rick
Brazell/R6/USDAFS@FSNOTES, Rob
Iwamoto/R6/USDAFS@FSNOTES, Roy M
Roosevelt/R6/USDAFS@FSNOTES, Sarah
Madsen/R6/USDAFS@FSNOTES, Scott C
Woltering/R6/USDAFS@FSNOTES, Scott
Conroy/R6/USDAFS@FSNOTES, Shawne
Mohoric/R6/USDAFS@FSNOTES, Stacey
Grimes/R6/USDAFS@FSNOTES, Steve
Segovia/WO/USDAFS@FSNOTES, Susan L
Carter/R6/USDAFS@FSNOTES, Susan
Skakel/R6/USDAFS@FSNOTES, Susan
Skalski/R6/USDAFS@FSNOTES, Susan
Zike/R6/USDAFS@FSNOTES, Virginia
Grilley/R6/USDAFS@FSNOTES, Ward L
Hoffman/R6/USDAFS@FSNOTES, William E
Fish/R6/USDAFS@FSNOTES, Jane L
Cottrell/R6/USDAFS@FSNOTES

cc: Sarah Crim/R6/USDAFS@FSNOTES

Subject: Alsea Valley Alliance (Oregon Coast coho listing case against NOAA): 9th Circuit dismisses ONRC's appeal for lack of jurisdiction.01-36071 (9th Cir)

**The 9th Circuit ruled on Feb. 24, 2004, that a Remand Order against a federal agency is not a final judgment for the purposes of appeal for any other party than the federal agency. This means that the Sept 2001 Remand Order from Judge Hogan, District Court of Oregon, that sent the 8/10/98 listing of the Oregon Coast Coho back to NOAA Fisheries, is NOT reviewed by the 9th Circuit because the appeal was taken by ONRC, Pacific Coast Federation of Fishermen Assn, Pacific River Council, Institute for Fisheries Resources, Audubon Soc's of Portland, Coast Range Assn., Siskiyou Regional Education Project and Sierra Club, NOT NOAA Fisheries. The 9th Cir also dissolved its Stay of the District Court's 2001 ruling.**

**This means that:** the Sept 2001, District Court ruling that the 8/10/98 listing of the Oregon Coast coho was unlawful because NOAA had erroneously subdivided the Distinct Population Segment (DPS) by distinguishing the naturally-spawned populations from the hatchery-spawned populations remains the rule of law for the case. The listing remains unlawful - **note: this ruling did not "delist" the Oregon Coast coho, but in practical terms, rendered the listing unenforcable either by NOAA or a private citizen suit.** The Oregon Coast coho listing affected parts of the Umpqua, Siuslaw, and Siskiyou Forests. These forests may want to review any sales that may have been encumbered by the either by the 1998 listing or the 9th Circuit stay.

SUSAN ZIKE, R6 Litigation Coordinator
US Forest Service, Pacific Northwest Region
333 SW First Avenue
P.O. Box 3623
Portland, OR 97208-3623
503-808-2257, fax 503-808-2255
szike@fs.fed.us

United States Department of Agriculture
Forest Service
Umpqua National Forest
2900 NW Stewart Parkway
Roseburg, OR 97470
(541) 672-6601
FAX (541) 957-3495

File Code: 2450

Date: March 23, 2004

Superior Lumber Co.
P.O. Box 250
Glendale, OR 97442

Gentlemen:

Due to a 9th Circuit Court of Appeals ruling on February 24, 2004, regarding the listing of the Oregon coast coho salmon, your Whitecap Timber Sale, Contract No. 086931 is no longer subject to a previous court injunction that was ordered on April 28, 1998. Therefore, operations on this timber sale may proceed, subject to the provisions in the Contract.

By separate letter, adjustments will be made in the Termination Date and Periodic Payment Schedule.

If you have any questions, please call me at 541-957-3372.

Sincerely,

Brenda L. Woodard

BRENDA L. WOODARD
Contracting Officer

cc: FSR
North Umpqua RD

United States Department of Agriculture | Forest Service | Umpqua National Forest | 2900 NW Stewart Parkway
Roseburg, OR 97470
(541) 672-6601
FAX (541) 957-3495

File Code: 2450
Route To:

Date: April 26, 2004

Subject: Contract Term Adjustment – BT8.21
Whitecap Timber Sale, Contract No. 086931

To: Superior Lumber Co.
P.O. Box 250
Glendale, OR 97442

actually was Dec 27, 2000

Your Whitecap Timber Sale, Contract No. 086931, was not available for operations pursuant to Interruption or Delay of Operations--CT6.01 from May 1, 1998 through March 23, 2004. Adjustments were last made to the Contract Dates at the end of the 2000 field season. Three full Normal Operating Seasons have elapsed since that time; therefore, pursuant to BT8.21, I hereby make the following adjustments to this Contract:

Termination Date in AT16 is changed to November 30, 2007.
Initial Periodic Payment Date in CT4.264# is changed to January 31, 2006.
Additional Periodic Payment Date in CT4.264# is changed to January 31, 2007.

If you have any questions, please call me at 541-957-3372.

Brenda L. Woodard

BRENDA L. WOODARD
Contracting Officer

cc: Diamond Lake RD

# Swanson Group, Inc.

PO Box 250 • 2695 Glendale Valley Road • Glendale, OR 97442 • Phone: (541) 832-1121 • Fax: (541) 832-1139

June 1, 2004

Ms. Brenda Woodard
USDA-Umpqua National Forest
2900 NW Stewart Parkway
Roseburg, OR 97470

Re: Whitecap TS, Contract # 086931

Dear Brenda:

Thank you for your letter of April 26, 2004 granting us three years of CTA as a result of the suspension of the sale.

Please be advised that (a) your granting us CTA does not change our view that the three year suspension of this sale constituted a material breach of contract and (b) that all actions taken by us with regard to the contract should be considered to be without prejudice to this position.

Sincerely Yours,

Gordon Culbertson

Gordon Culbertson
VP Resources

**Dimension Lumber**
Lumber Sales: (541) 832-1218
Lumber Sales: (541) 832-1222
Lumber Sales: (541) 832-1241
Sales Fax: (541) 832-1232

**Stud Lumber**
Stud Sales: (541) 832-1145
Stud Fax: (541) 832-1235

**Veneer & Plywood**
Veneer Sales: (541) 832-1130
Plywood Sales: (541) 832-1175
Veneer & Plywood Fax: (541) 832-1177