IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-170C |
| v. | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time within which to complete fact discovery on liability. Under the current pre-trial schedule, the deadline for this discovery is May 12, 2006. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose.

Defendant requests this enlargement of time because undersigned counsel for the Government is new to the office and has only been assigned to this case as of April 5, 2006. The additional time is necessary to allow Government counsel to become familiar with the facts and issues in the case in order to provide proper representation of the defendant.

Additionally, plaintiff’s counsel has been ill, and was hospitalized from the first week in February through the first week in March, 2006, and thereafter in convalescence at home through the end of March 2006. During this time plaintiff's counsel was not able to do any significant work on this case or other matters. Plaintiff's counsel's office promptly informed Government counsel of these circumstances. Plaintiff’s counsel was able to return to his office on April 3, 2006, and began to address matters in this action and in other matters, including conducting

discovery and rescheduling pretrial activities.

Based on these facts the parties respectfully request that the Court adopt the proposed joint amended pre-trial schedule filed simultaneously herewith.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time for fact discovery on the issue of liability. A proposed amended joint scheduling order is attached to this motion reflecting the requested enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-0341
Fax: (202) 514-8624

April 18, 2006

Attorneys for Defendant