**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-170C |
| | ) | consolidated with 05-171C |
| v. | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PROPOSED AMENDED PRE-TRIAL SCHEDULE**

Pursuant to the United States's motion for enlargement of time, filed simultaneously herewith, the United States submits the following proposed amended pre-trial schedule to allow new counsel for the government adequate time to prepare the government's case:

1. Initial disclosures on the issue of liability were made by the parties on December 20, 2005.

2. The United States responded to plaintiff's written discovery on the issue of liability on January 12, 2006.

3. The parties shall have an additional 90 days, or until August 11, 2006 to complete written discovery on the issue of liability.

4. The parties shall designate experts and exchange expert reports on the issue of liability by September 7, 2006.

5. The parties shall designate rebuttal experts and exchange rebuttal reports on the issue of liability by October 7, 2006.

6. The parties shall depose all experts by November 7, 2006.

7. The parties shall file dispositive motions, if any, no later than December 5, 2006.

8. After the resolution of all dispositive motions, the parties shall contact the Court to schedule a pre-trial conference.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

OF COUNSEL:
MARCUS R. WAH
Associate Regional Attorney
USDA-OGC, Pacific Region

Counsel for Defendant

April 17, 2006