# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** | * | Case No. 05-170C |
| *Plaintiff,* | * | consolidated with 05-171C |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: April 20, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court hereby **GRANTS** the Defendant's Unopposed Motion for an Enlargement of Time filed April 18, 2006. The Court notes that the parties have already made initial disclosures and exchanged some written discovery. The remaining pre-trial schedule shall be as follows:

1. The parties shall complete discovery, including depositions not otherwise addressed in this Order, on the issue of liability on or before August 11, 2006.
2. The parties shall designate experts and exchange expert reports on the issue of liability on or before September 7, 2006.
3. The parties shall designate rebuttal experts and exchange rebuttal reports on the issue of liability on or before October 6, 2006.
4. The parties shall depose all experts on or before November 7, 2006.
5. The parties shall file dispositive motions, if any, on or before December 5, 2006.
6. The parties shall contact the Court within ten (10) days of the resolution of all dispositive motions to schedule a pre-trial conference.

This Order does not apply to the Plaintiff's Motion for Summary Judgment ("Whitecap") that has already been filed (docket # 24). The deadlines for the Whitecap Motion will remain unchanged, with the Government's Response due on or before May 5, 2006 and subsequent deadlines to be determined in accordance with the Rules of this Court.

**IT IS SO ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE