# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** | * | |
| *Plaintiff,* | * | Case No. 05-170C |
| v. | * | consolidated with 05-171C |
| | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES,** | * | Filed: June 7, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for June 8, 2006 at 4:00 p.m. EDT.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE