# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** | * | |
| *Plaintiff,* | * | Case No. 05-170C |
| v. | * | consolidated with 05-171C |
| **THE UNITED STATES,** | * | Senior Judge Loren A. Smith |
| *Defendant.* | * | Filed: June 9, 2006 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has before it the Plaintiff's Motion for Summary Judgment on the Issue of Liability in Consolidated Case No. 05-171C ("Whitecap") (Dkt #24-1), the Defendant's Motion to Dismiss Motion for Summary Judgment for Lack of Jurisdiction (Dkt #31), the Defendant's Motion to Stay Resolution of Plaintiff's Motion for Summary Judgment (Dkt #32), the Plaintiff's Response (Dkt #33), and the Defendant's Reply (Dkt #34).

The Court hereby **GRANTS IN PART** and **DENIES IN PART** the Defendant's Motion to Stay Resolution (Dkt #32), which also seeks additional time for the Government to respond to the Plaintiff's Summary Judgment Motion. The Court **DENIES** the Defendant's Motion to Stay Resolution of the Plaintiff's Summary Judgment Motion until the jurisdiction issue is resolved. The Court **GRANTS IN PART** the motion insofar as it requests additional time for the Defendant to respond. The Court sets the following schedule for the briefing and argument of the Motions for Summary Judgment and Lack of Subject Matter Jurisdiction:

1. The Defendant shall file its Response to Plaintiff's Motion for Summary Judgment on or before July 14, 2006;
2. The Plaintiff shall file its Reply on or before July 25, 2006; and
3. The Court **SCHEDULES** oral argument on the motions for summary judgment and to dismiss on August 2, 2006 at 2:00 p.m. EDT in Courtroom 9 of the National Courts Building, 717 Madison Place, N.W. Washington, DC 20005.

The Court will **HOLD IN ABEYANCE** discovery relating only to the Whitecap sale until the resolution of the Plaintiff's Motion for Summary Judgment.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE