# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Loren A. Smith

Filed: July 27, 2006

**ORDER**

The Court hereby **RESCHEDULES** the oral argument previously scheduled for August 2, 2006 to September 8, 2006 at 3:30 p.m. EDT. Oral argument will be in Courtroom 9 of the National Courts Building, 717 Madison Place, N.W. Washington, DC 20005.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE