# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** | * | Case No. 05-170C |
| *Plaintiff,* | * | consolidated with 05-171C |
| v. | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | Filed: October 2, 2006 |
| *Defendant.* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court hereby **GRANTS** the Plaintiff's Consent Motion to Defer Further Discovery and Pre-Trial Filings on Liability in the Benchmark Case (No. 05-170C) Pending the Court's Resolution of the Parties' Cross-Motions in the Whitecap Case (No. 05-171C) filed September 28, 2006.

The Parties shall file with this Court a joint proposal for any further required proceedings in these consolidated cases within 10 days of this Court's decision on the Parties' pending cross-motions in the Whitecap Case (No. 05-171C).

**IT IS SO ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE