# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *
*
**THE SWANSON GROUP, INC.,** *
*
*Plaintiff,* *
v. *
*
**THE UNITED STATES**, *
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Loren A. Smith

Filed: May 25, 2007

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Thursday, June 21, 2007 at 11:00 a.m. to discuss the progress of settlement.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE