# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **THE SWANSON GROUP, INC.,** | * | |
| | * | Case No. 05-170C |
| *Plaintiff,* | * | consolidated with 05-171C |
| v. | * | |
| | * | Senior Judge Loren A. Smith |
| **THE UNITED STATES**, | * | |
| | * | Filed: June 21, 2007 |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Monday, July 9, 2007 at 11:00 a.m. to discuss the progress of settlement.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE