IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SWANSON GROUP, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-170C |
| v. | ) | (Senior Judge Smith) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that the date of the status hearing currently scheduled for July 9, 2007, be extended by a period of seven days, or until July 16, 2007. The plaintiff, through counsel, has been contacted by telephone and does not oppose this request.

The parties are to report on the progress of settlement negotiations at the status hearing. Unfortunately, key personnel from the United States Forest Service were occupied with a case before the Board of Contract Appeals, and were largely unavailable to discuss the above-captioned case with Government counsel during the week of June 25, 2007. As a result, the Government's response to plaintiff's offer of settlement will not be presented to the plaintiff in sufficient time to afford it a meaningful opportunity to review and respond before the current July 9, 2007 hearing date.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion to extend the status hearing date by seven days, to July 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-0341
Fax: (202) 514-8624

July 6, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this __6th___ day of July, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___s/ Joan M. Stentiford___