# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Loren A. Smith

Filed: July 19, 2007

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Friday, August 17, 2007 at 11:00 a.m. EDT to discuss the progress of settlement. In the event that these matters become settled, this Order shall be automatically **VACATED**.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE