# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** *Plaintiff,* v. **THE UNITED STATES**, *Defendant.* | * | Case No. 05-170C consolidated with 05-171C<br>Senior Judge Loren A. Smith<br>Filed: August 17, 2007 |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Wednesday, September 26, 2007 at 11:00 a.m. to discuss the progress of settlement.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE