# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Loren A. Smith

Filed: October 23, 2007

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously set for Wednesday, October 24, 2007 to Friday, November 2, 2007 at 4:00 p.m. to discuss the progress of settlement.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE