# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THE SWANSON GROUP, INC.,**

*Plaintiff,*

v.

**THE UNITED STATES**,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-170C
consolidated with 05-171C

Senior Judge Loren A. Smith

Filed: November 5, 2007

**ORDER**

Pursuant to the telephone status conference held on November 2, 2007, the Court requests that Defendant respond to Plaintiff's letter of August 2006 so that the Court may consider at its November 14, 2007 status conference whether to continue forward movement on the settlement track or switch to a litigation track. While the Court appreciates a new reviewer has taken over this matter at the Department of Justice, the Court needs to resolve this matter and assumes the Department's position will be forthcoming.

The Court further **SCHEDULES** a telephone status conference for Wednesday, November 14, 2007 at 11:00 a.m. to discuss either the progress of settlement or to set a litigation schedule in this matter.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE