# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** | * | |
| *Plaintiff,* | * | Case No. 05-170C<br>consolidated with 05-171C |
| v. | * | |
| **THE UNITED STATES**, | * | Senior Judge Loren A. Smith |
| *Defendant.* | * | Filed: December 7, 2007 |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the status conference held on December 7, 2007, the Court hereby **SCHEDULES** a telephone status conference for Thursday, January 3, 2008 at 4:00 p.m. to discuss the progress of settlement.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE