# In the United States Court of Federal Claims

| | |
|---|---|
| **THE SWANSON GROUP, INC.,** | Case No. 05-170C |
| *Plaintiff,* | consolidated with 05-171C |
| v. | |
| **THE UNITED STATES**, | Senior Judge Loren A. Smith |
| *Defendant.* | Filed: February 15, 2008 |

## ORDER

Pursuant to the status conference held on February 8, 2008, the Court hereby **SCHEDULES** a telephone status conference for Friday, February 15, 2008 at 4:00 p.m. to discuss the progress of settlement. In the event the matter is settled prior to the status conference, this order shall be automatically vacated.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE