# In the United States Court of Federal Claims

| | |
|---|---|
| **THE SWANSON GROUP, INC.,**<br>*Plaintiff,*<br>v.<br>**THE UNITED STATES,**<br>*Defendant.* | Case No. 05-170C<br>consolidated with 05-171C<br><br>Senior Judge Loren A. Smith<br><br>Filed: February 27, 2008 |

## ORDER

Pursuant to the status conference held on February 26, 2008, the Court hereby **ORDERS** General Counsel for the United States Forest Service, Department of Agriculture (Forest Service) or its representative assigned to this case to provide an answer to Defendant regarding the CDA interest question on or before March 7, 2008. If the Forest Service does not provide an answer by such time, General Counsel for the Forest Service or its representative is **ORDERED** to appear before this Court on Tuesday, March 11, 2008 at 12:30 p.m. in Courtroom #9, United States Court of Federal Claims, in order to inform the Court as to its reason for not answering by March 7, 2008 and to provide its answer to the Court at that time.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE