# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **THE SWANSON GROUP, INC.,** *Plaintiff,* v. **THE UNITED STATES,** *Defendant.* | * | Case No. 05-170C consolidated with 05-171C<br>Senior Judge Loren A. Smith<br>Filed: March 7, 2008 |

## ORDER

The Court hereby **CANCELS** the telephone status conference scheduled for March 11, 2008. The parties are directed to file a status report on or before March 17, 2008 regarding the progress of settlement. In the event the matter become settled prior to March 17, 2008, this order shall be automatically vacated.

**It is so ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE