**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| SWANSON GROUP, INC., Plaintiff, | ) | |
| v. | ) | Case No. 05-170C<br>consolidated with 05-171C<br>(Senior Judge Loren A. Smith) |
| THE UNITED STATES, Defendant. | ) | |

**PLAINTIFF'S STATUS REPORT**

Plaintiff submits the following report regarding the status of settlement negotiations.

As the Court is aware from previous status reports, the parties have been engaged in settlement negotiations since June, 2007. On March 7, 2008, plaintiff submitted a settlement proposal and at that time government counsel agreed to recommend the proposal to her superiors at DOJ as the basis for settlement in these consolidated cases as well as another Swanson Group timber sale suspension case pending in this Court before Judge Wheeler (Swanson Group, Inc. v. United States, COFC No. 05-179C). At that time government counsel anticipated that she would have a final decision "shortly" as to whether the settlement has been formally accepted by the government As of this filing, government counsel has advised that there has been "first line" acceptance of plaintiff's settlement offer but that final acceptance by the relevant Director at the DOJ has not occurred, yet. DOJ counsel has not provided a time frame within which the Director's review will be completed. Additionally, it is not clear to plaintiff whether approvals within DOJ at levels above the Director are required.

Accordingly, plaintiff respectfully requests that the Court enter an Order setting a telephonic status conference on or before April 21, 2008, so that plaintiff and the Court may be advised as to whether or not the government has accepted plaintiff's settlement proposal of March 7, 2007; or, if a final decision is yet to be made at the time of the status conference, DOJ counsel shall provide an anticipated date certain by which the final decision will be made.

Respectfully submitted,

s/Gary G. Stevens
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140
Counsel for Plaintiff

Of Counsel:
Richard W. Goeken
SALTMAN & STEVENS P.C.
1801 K Street, N.W.
Suite M110
Washington, D.C. 20006
(202) 452-2140

Dated: April 7, 2008