# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |
| | * | |
| **THE SWANSON GROUP, INC.,** | * | |
| | * | Case No. 05-170C |
| *Plaintiff,* | * | consolidated with 05-171C |
| | * | |
| v. | * | Senior Judge Loren A. Smith |
| | * | |
| **THE UNITED STATES,** | * | Filed: May 28, 2008 |
| | * | |
| *Defendant.* | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

## ORDER

Pursuant to Plaintiff's Status Report on Behalf of the Parties, the Court **ORDERS** that the parties shall be given until July 23, 2008 for payment in full to be obtained from the Judgment Fund before reporting back to the Court. If payment in full is received by Plaintiff before July 23, 2008, Plaintiff shall request the dismissal of these actions at that time.

**IT IS SO ORDERED.**

s/ Loren A. Smith
Loren A. Smith
SENIOR JUDGE